IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JUN - 1 2016

Clerk, U.S. District Court
District Of Montana
Billings

STEPHANIE DANIEL, on behalf of herself and all others similarly situated,

Plaintiff,

vs.

NATIONAL PARK SERVICE, VANTIV, INC., INTERMOUNTAIN RETAIL SOLUTIONS, LLC, and ADVANTAGE SOLUTIONS, LLC,

Defendants.

CV 16-18-BLG-SPW

ORDER

Defendant Vantiv, Inc. moved to dismiss the Plaintiff's First Amended Complaint. In response, the Plaintiff filed a Second Amended Complaint that removed Vantiv, Inc., Retail Solutions, LLC, and Advantage Solutions, LLC as defendants. Accordingly, IT IS HEREBY ORDERED that the Motion of Defendant Vantiv, Inc. to Dismiss Plaintiff's First Amended Complaint (Doc. 14) is DENIED as moot.

DATED this 1st day of June, 2016.

SUSAN P. WATTERS
United States District Judge