Timothy M. Bechtold
Bechtold Law Firm, P.L.L.C.
PO Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| STEPHANIE DANIEL, on behalf of herself and all others similarly situated, | CV 16-18-BLG-SPW |
| Plaintiff, | **PLAINTIFF'S NOTICE OF APPEAL** |
| vs. | |
| NATIONAL PARK SERVICE and DOES 1-10, | |
| Defendants. | |

   Plaintiff Stephanie Daniel gives notice of her appeal of the Court's Order and Judgment in this matter entered August 17, 2016 to the Ninth Circuit Court of Appeals.

DATED this 25th day of August, 2016.

/s/ Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC

Attorney for Plaintiff